OPINION — AG — THE OKLAHOMA TURNPIKE AUTHORITY IS NOT A " DEPARTMENT, BOARD, COMMISSION, OR INSTITUTION COVERED BY THE REQUIREMENTS OR WITHIN THE MEANING AND PURPOSE OF 74 O.S.H. 500.1 TO 74 O.S.H. 500.14 OF THE OKLAHOMA STATUTES ", RELATING TO TRAVEL EXPENSES OF OFFICERS AND EMPLOYEES OF THE STATE OF OKLAHOMA. (PUBLIC OFFICER) CITE: 69 O.S.H. 653, 74 O.S.H. 500.3 (J. H. JOHNSTON)